IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 4:11cr00072-02 JMM

LESTER DITTO

ORDER

The jury trial currently scheduled July 30, 2012 is rescheduled for **Monday, July 16, 2012 at 9:15 a.m.** The parties are directed to submit simultaneous jury instructions on or before **July 6, 2012.** It is not necessary to include the standard opening and closing instructions. Core instructions shall be submitted on a compact disc in WordPerfect 6.1 or higher format or by e-mail to **jmmchambers@ared.uscourts.gov.**

**Counsel are directed to be present at 8:15 a.m. in order to be prepared for a Pretrial Conference that will begin at 8:30 a.m.**

**Counsel are directed to submit by e-mail (jmmchambers@ared.uscourts.gov) a list of witnesses and exhibits, no later than Wednesday, July 11, 2012.**

Dated this 4th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE