AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | ARKANSAS |

UNITED STATES OF AMERICA

v.

LESTER DITTO

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 4:11cr00072-02 JMM

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 30 2012

JAMES W. McCORMACK, CLERK
By: D. Jackson
 DEP CLERK

_Signature of Judge_

JAMES M. MOODY   U.S. DISTRICT JUDGE

Name of Judge        Title of Judge

7/30/2012

Date